JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LINDSAY PAGES, | No. CV 17-3371 SVW (ASx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

IT IS SO ORDERED that pursuant to the Stipulation for Compromise Settlement filed by Plaintiff Lindsay Pages and Defendant United States of America (Docket #26), and the settlement agreement between Plaintiff and Defendants Isaiah Moenga and Kelvin Sayi described in their Motion for Judicial Determination of Good Faith Settlement (Docket #18), this action is hereby dismissed with prejudice. Each party to bear its own costs and fees.

DATED: December 8, 2017

_____
UNITED STATES DISTRICT JUDGE

Presented by:

NELSON & NATALE, LLP

/s/
*Per email authorization 12/5/17*
SILVIO NATALE
Attorneys for Plaintiff

FARMER CASE & FEDOR

/s/
*Per email authorization 11/29/17*
MICHELE M. MESSENGER, ESQ.
Attorneys for Defendants Sayi and Moenga

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant United States